```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 39697
     PATRICIA PURNELL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-6919


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/26/2004 and was confirmed 01/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED              .00            .00            .00
HOUSEHOLD BANK SB NA       UNSECURED           571.30            .00            .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE    11675.52            .00        7766.96
CHASE MANHATTAN MORTGAGE   CURRENT MORTG         .00            .00            .00
CHASE MANHATTAN BANK       NOTICE ONLY     NOT FILED            .00            .00
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE    6200.00            .00        4103.56
OCWEN LOAN SERVICING LLC   CURRENT MORTG         .00            .00            .00
CHASE MANHATTAN BANK       NOTICE ONLY     NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   FILED LATE         157.00            .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED         1000.75            .00            .00
AON CORP                   UNSECURED        NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00            .00
PROFESSIONAL BUREAU OF C   UNSECURED        NOT FILED            .00            .00
SALLIE MAE INC             UNSECURED        13270.72            .00            .00
BUFFINGTON & ASSOCIATES    DEBTOR ATTY       2,052.00                      2,052.00
TOM VAUGHN                 TRUSTEE                                           768.83
DEBTOR REFUND              REFUND                                            266.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             14,957.35

PRIORITY                                             .00
SECURED                                        11,870.52
UNSECURED                                            .00
ADMINISTRATIVE                                  2,052.00
TRUSTEE COMPENSATION                              768.83
DEBTOR REFUND                                     266.00
                    ---------------       ---------------

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 39697 PATRICIA PURNELL
```

```
TOTALS                                  14,957.35           14,957.35
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 01/22/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```